# Exhibit A

00398360.1

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**AUGUST 2022**

E-Filing Number: 2208012875

**000781**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MELISSA JOHANSEN, AS PNG OF Z.X. | FIRST STUDENT, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2457 N. 5TH STREET<br>PHILADELPHIA PA 19133 | 2201 E. ALLEGHENY AVENUE<br>PHILADELPHIA PA 19134 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE**

20 - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
AUG 05 2022
A. SILIGRINI

IS CASE SUBJECT TO COORDINATION ORDER?
YES   NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MELISSA JOHANSEN, AS PNG OF Z.X.
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JARED S. ZAFRAN | LAW OFFICE OF JARED S ZAFRAN<br>1500 WALNUT ST<br>SUITE 500<br>PHILADELPHIA PA 19102 |
| PHONE NUMBER: (215)587-0038 | FAX NUMBER: (215)587-0030 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 208269 | jared@zafranlaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JARED ZAFRAN | Friday, August 05, 2022, 01:40 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

THE LAW OFFICE OF JARED S. ZAFRAN, LLC
By: Jared S. Zafran, Esquire
Attorney ID No: 208269
1500 Walnut Street, Suite 500
Philadelphia, PA  19102
Phone: 215-587-0038
Attorney for Plaintiff

Filed and Attested by the
Office of Judicial Records
MARCH 2022 01:40 pm
A. SILIGRINI

| | |
|---|---|
| MELISSA JOHANSEN, as P/N/G of Z.X.<br>2457 N. 5th Street<br>Philadelphia, PA 19133<br>        *Plaintiff*<br>vs.<br>FIRST STUDENT, INC.<br>2201 E. Allegheny Avenue<br>Philadelphia, PA 19134<br>        *Defendant* | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>AUGUST TERM, 2022<br>NO.: |

## CIVIL ACTION COMPLAINT

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.<br><br>Philadelphia Bar Association<br>Lawyer Referral and Information Service<br>1101 Market Street<br>Philadelphia, PA 19107<br>(215) 238-6333 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.<br><br>Asociación De Licenciados De Filadelfia<br>Servicio de Referencia E Información Legal<br>1101 Market Street<br>Philadelphia, PA 19107<br>(215) 238-6333 |

Case ID: 220800781

THE LAW OFFICE OF JARED S. ZAFRAN, LLC
By: Jared S. Zafran, Esquire
Attorney ID No: 208269
1500 Walnut Street, Suite 500
Philadelphia, PA 19102
Phone: 215-587-0038
Attorney for Plaintiff

**MAJOR CASE**

| | |
|---|---|
| MELISSA JOHANSEN, as P/N/G of Z.X.<br>2457 N. 5th Street<br>Philadelphia, PA 19133<br>　　　　　　　　　　*Plaintiff*<br>vs.<br>FIRST STUDENT, INC.<br>2201 E. Allegheny Avenue<br>Philadelphia, PA 19134<br>　　　　　　　　　　*Defendant* | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>AUGUST TERM, 2022<br>NO.: |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Melissa Johansen, as Parent and Natural Guardian of Z.X., is an adult individual currently residing at the above-captioned address.

2. Due to the nature of this suit, Z.X. is a pseudonym for Plaintiff's nine-year-old minor child.

3. Defendant, First Student Inc., is a foreign corporation, authorized to do business in the Commonwealth of Pennsylvania, which provides school bus transportation services throughout the City and County of Philadelphia, and may be served at the above-captioned address.

4. At all times relevant and material hereto, Defendant acted by and through their agents, servants, workmen and/or employees, who were at all times acting in the course and scope of their agency, servitude, and/or employment.

Case ID: 220800781

5. On June 1, 2022, and at all times relevant hereto, Defendant, First Student, Inc., provided school bus transportation services to and from the Robert E. Lamberton School in the City and County of Philadelphia in the Commonwealth of Pennsylvania.

6. At all times relevant and material hereto, the Robert E. Lamberton School served Kindergarten through Eighth Grade.

7. At all times relevant and material hereto, Defendant, First Student, Inc., was responsible for hiring, selecting, training, and/or otherwise supervising the drivers of their school bus fleet.

8. Per Defendant, First Student, Inc.'s, website, all drivers are subject to a "comprehensive training program" to ensure safety of the students on their buses. (A screenshot of Defendant's website, https://firststudentinc.com/our-services/full-service/driver-recruitment/, is attached hereto as Exhibit "A").

9. The aforesaid training program, provided by Defendant, First Student, Inc., ensures that drivers and monitors possess and maintain the skills necessary for "behavioral management" and "safety and security" issues. See Exhibit "A."

10. On June 1, 2022, Minor Child, Z.X., was a passenger on a school bus operated by First Student, Inc., traveling from the Robert E. Lamberton School in the City and County of Philadelphia, Commonwealth of Pennsylvania.

11. On June 1, 2022, several older students on the bus were allowed and/or permitted to harass, ridicule, and otherwise abuse younger students, including Minor Child, Z.X.

12. On June 1, 2022, Minor Child, Z.X., as well as two additional young children, were forced to engage in sexual acts, including groping and oral sex acts, by the older students on the bus operated and supervised by Defendant, First Student, Inc.

Case ID: 220800781

13. At the aforesaid time and location, employees of Defendant, First Student, Inc., failed to discipline, intervene, or otherwise act in any way to aid the three young students, including Minor Child, Z.X.

14. At all times relevant and material hereto, Defendant, First Student, Inc., had a duty to ensure that all students made it to and from their destination in a safe manner.

15. Specifically, at all times relevant and material hereto, Defendant had a duty to properly train, supervise, monitor, and otherwise ensure that driver and monitors were sufficiently equipped to address the behavior and abuse as alleged, herein.

16. At all times material hereto, Defendant's negligence, carelessness, and/or reckless indifference were the proximate, actual, factual and legal cause of Plaintiff and Minor Child's injuries and/or damages.

COUNT I – NEGLIGENCE
MELISSA JOHANSEN as P/N/G of Z.X. v FIRST STUDENT, INC.

17. Plaintiff, Melissa Johansen, as Parent and Natural Guardian of Z.X., incorporates, by reference thereto, all paragraphs above, inclusive as though the same were set forth herein, at length.

18. The negligence and carelessness of the Defendant, First Student, Inc., in the care, custody or control of the aforementioned premises and consisted of the following:

   a. Failed to properly train staff to address any safety and security concerns on the bus;

   b. Failed to properly supervise staff to ensure any and all safety concerns were being appropriately addressed;

   c. Failed to sufficiently train staff under their comprehensive training program to adequately address the situation herein;

Case ID: 220800781

    d. Failed to provide adequate staffing to ensure students' behavior was sufficiently monitored;

    e. Failed to establish adequate language in their policies and procedures to provide staff with a means to address the abuse alleged herein;

    f. Failed to establish any age-based seating restrictions to limit any potential abuse or harassment amongst the students;

    g. Failed to establish an environment of safety and order on their buses, therefore allowing and facilitating the sexual abuse and harassment alleged herein; and,

    h. Failed to otherwise intervene or act on the behalf of the abused or otherwise injured students, including Minor Child Z.X.

19. As a direct and proximate result of the negligence of Defendant, First Student, Inc., Minor Child, Z.X., was sexually abused.

20. As a further direct and proximate result of the negligence of Defendant, First Student, Inc., Minor Child, Z.X., has suffered shame, embarrassment, loss of life's pleasures, mental anguish, psychological and emotional distress, nightmares, fear, and other injuries that may be diagnosed in the future by medical professionals.

21. As a further direct and proximate result of this accident, Minor Child, Z.X., has been obligated to receive and undergo reasonable and necessary medical and psychological treatment and rehabilitative services for the injuries they have suffered, and to incur various expenses for said treatment and services, and Plaintiff, Melissa Johansen, as Parent and Natural Guardian of Z.X., may incur various reasonable and necessary future medical expenses from the injuries they sustained, for which Defendant is solely liable.

22. As a further direct and proximate result of the accident, Plaintiff, Melissa

Case ID: 220800781

Johansen, as Parent and Natural Guardian of Z.X., has or may continue in the future to incur other financial expenses or losses to which she may be otherwise be entitled to recover, all to her ongoing detriment and loss.

23. The conduct of Defendant, First Student, Inc., in failing to sufficiently hire, train, supervise, or monitor their staff, showed knowing and/or reckless disregard and/or indifference for the safety of another, namely Plaintiff's Minor Child, Z.X.

24. It is believed and averred that this incident occurred through the willful, knowing and/or reckless disregard of and/or deviation from reasonable practices of hiring, training, supervising, or otherwise monitoring school bus transportation staff.

25. Based upon information and belief, Defendant, First Student, Inc., has engaged in reprehensible conduct in this incident.

26. Defendant's conduct is outrageous and intolerable and warrants punitive damages.

**WHEREFORE**, Plaintiff, Melissa Johansen, as Parent and Natural Guardian of Z.X., respectfully demands a sum against above Defendant(s) in excess of $50,000.00, together with such other relief as this Honorable Court may deem just and fair.

                **THE LAW OFFICE OF JARED S. ZAFRAN, LLC**

                BY: _____*Jared S. Zafran*_____
                         JARED S. ZAFRAN, ESQUIRE
                         *Attorney for Plaintiff*

Case ID: 220800781

## VERIFICATION

I, Melissa Johansen, as Parent and Natural Guardian of Z.X., a minor, hereby state and verify that the averments made in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsifications to authorities.

*[signature]*
ID wQfxbGdu74FW5ijQdQGD2AFb

Melissa Johansen, as Parent and Natural
Guardian of Z.X, a minor

Date:   8/5/2022

Case ID: 220800781

## eSignature Details

**Signer ID:** wQfxbGdu74FW5ijQdQGD2AFb
Signed by: Melissa Johansen
Sent to email: meechdj1318@gmail.com
IP Address: 172.58.200.252
Signed at: Aug 5 2022, 12:29 pm EDT

Case ID: 220800781

# EXHIBIT "A"

Case ID: 220800781



About First Student   Careers   Submit an RFP   Book a Bus

Our Services | Innovation | Safety | Commitment | Resources | Contact



# Drivers & Monitors

Find the best. Train the best. Retain the best.

## Every driver & monitor is dedicated to the safety and care of your students

The students we serve are at the heart of all we do. We look for employees who not only know their community, but also clearly share this core value. Our most successful efforts involve recruiting from a targeted group of job seekers — specifically veterans, retirees, spouses of active military, and stay-at-home mothers and fathers.

Through our comprehensive training program, we equip drivers with the tools to address issues such as:

- Safety and security
- Injury prevention
- Behavioral management
- Specialized equipment procedures

Case ID: 220800781